IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **NATIONAL BANK d/b/a NATIONAL BANK OF TEXAS,**<br><br>    Plaintiff,<br><br>v.<br><br>**PLANO ENCRYPTION TECHNOLOGIES, LLC,**<br><br>    Defendant. | **Case No. 6:15-cv-00249-WSS**<br><br>**JURY TRIAL DEMANDED** |

## JOINT MOTION TO DISMISS WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a) and a confidential settlement agreement between Plaintiff National Bank ("Plaintiff" or "NB") and Defendant Plano Encryption Technologies, LLC ("PET"), NB and PET hereby jointly move the Court to dismiss with prejudice all NB's claims in this case. NB and PET agree that each party shall bear its own attorney's fees and costs.

Dated: November 13, 2015               Respectfully submitted,

                                                                    */s/ Papool S. Chaudhari*
                                                        By: _____
                                                        Papool S. Chaudhari
                                                        Texas State Bar No. 24076978
                                                        Chaudhari Law, PLLC
                                                        P.O. Box 1863
                                                        Wylie, Texas 75098
                                                        Phone: (214) 702-1150
                                                        Fax: (214) 705-3775
                                                        Papool@ChaudhariLaw.com

                        **ATTORNEY FOR DEFENDANT
                PLANO ENCRYPTION TECHNOLOGIES, LLC**

        By: /s/ David G. Henry, Sr.
          David G. Henry, Sr.
          State Bar No. 09479355
          dhenry@grayreed.com
          Michael D. Ellis
          State Bar No. 24081586
          mellis@grayreed.com
          1300 Post Oak Blvd., Suite 2000
          Houston, Texas 77056
          (713) 986-7000
          (713) 986-7100 (Facsimile)
          GRAY REED & MCGRAW, P.C.

**ATTORNEYS FOR PLAINTIFF NATIONAL BANK**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(b). As such, the foregoing was served on all counsel of record who have consented to electronic service. Local Rule CV-5. Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5, all others not deemed to have consented to electronic service will be served with a true and correct copy of the foregoing via US Mail via 13th day of November, 2015.

        */s/ Papool S. Chaudhari*

        Papool S. Chaudhari